IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CODY SALMONS,<br>　　　　Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner<br>of Social Security,<br>　　　　Defendant. | Civil Action No: 2:15-cv-2220<br><br>Judge Sargus<br>Magistrate Judge King |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Date: 11-3-2015　　　　　　　　　　Entered: _____

4