UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM CODE SALMONS,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

Case No. 2:15-cv-02220
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge King

## ORDER

This parties' Joint Stipulation to an Award of Attorney's Fees Under the Equal Access to Justice Act (ECF No. 16) is **GRANTED**. Accordingly, Plaintiff is awarded an amount in total of $4,175.00 under 28 U.S.C. § 2412.

IT IS SO ORDERED.

1-29-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE